**Electronically Filed**
**Supreme Court**
**SCWC-24-0000706**
**23-MAR-2026**
**02:40 PM**
**Dkt. 13 OGAC**

SCWC-24-0000706

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

MARIANO GARCES, JR.,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000706; CASE NO. 2CPC-22-0000790)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens JJ.,
and Circuit Judge Kawamura, assigned by reason of vacancy)

The application for writ of certiorari filed on January 25, 2026, by Petitioner/Defendant-Appellant Mariano Garces Jr., is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, March 23, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Shirley M. Kawamura

